UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN ALMS, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

LUMINAR TECHNOLOGIES, INC.,
MIKE MCAULIFFE, AUSTIN
RUSSELL, and JASON EICHENHOLZ,

Defendants

Case No. 6:23-cv-00982-PGB-LHP

**DECLARATION OF JOHN M. BRENNAN, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

I, John M. Brennan, Jr., declare as follows:

1.      I am an attorney with the firm GrayRobinson, P.A., and I represent Defendant Austin Russell in this action. I have personal knowledge of the matters contained in this declaration and if called to testify on the matters set forth herein could do so competently.

2.      Attached hereto as Exhibit A is a true and correct copy of Luminar Technologies, Inc.'s Form 10-K filed with the Securities Exchange Commission on February 28, 2023.

3.      Attached hereto as Exhibit B is a true and correct copy of Luminar Technologies, Inc.'s February 28, 2023 Investor Day PowerPoint Presentation.

1

4.      Attached hereto as Exhibit C is a true and correct copy of Luminar Technologies, Inc.'s Letter to the Shareholders, dated March 24, 2023.

5.      Attached hereto as Exhibit D is a true and correct copy of a Certified Transcript of the February 28, 2023 Investor Day Presentation by Mike McAuliffe (CEO of Luminar Semiconductor), https://www.youtube.com/watch?v=-OL-8bML7Sg at 1:41:53 to 1:51:59.

6.      On December 21, 2023, the parties met and conferred on the phone regarding the motion to dismiss and the request for judicial notice, where Defendants expressed their reasons for moving to dismiss and Plaintiff disagreed.

I declare under the penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Dated: December 29, 2023          */s/ John M. Brennan, Jr.*
                                 JOHN M. BRENNAN, JR.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ John M. Brennan, Jr.*
JOHN M. BRENNAN, JR.