# EXHIBIT B

# Safe Harbor

Before we begin let me remind everyone that during the presentation, we may refer to GAAP and non-GAAP measures. Today's discussion also contains forward-looking statements based on the environment as we currently see it; and as such, does include risks and uncertainties. Please refer to our press release and business update presentation for more information on the specific risk factors that could cause actual results to differ materially, as well as a reconciliation of GAAP to non-GAAP measures.

© 2023 Luminar Technologies, Inc. All rights reserved.

1



**Austin Russell**

Founder and CEO



Source: NYT, UN Population Division.

© 2023 Luminar Technologies, Inc. All rights reserved.



# 50 million

injuries from vehicle collisions globally

# 4 Collisions

average number of accidents over the life of US drivers

© 2023 Luminar Technologies, Inc. All rights reserved.



Source: Allied Market Research, September 2020

© 2023 Luminar Technologies, Inc. All rights reserved.



© 2023 Luminar Technologies, Inc. All rights reserved.



Vehicles with current camera and radar-based ADAS systems experienced collisions in

# 70%

of pedestrian AEB scenarios.

Source: IIHS, AAA.

We need a
**step-change**
in ADAS technology
to make a true impact
and save lives.

© 2023 Luminar Technologies, Inc. All rights reserved.

7



# Democratizing Safety

© 2023 Luminar Technologies, Inc. All rights reserved.

8

# Autonomous Vehicles: What Happened?
## Stuck in R&D; Trying to Replace the Driver















© 2023 Luminar Technologies, Inc. All rights reserved.

# Next-Generation Safety and Autonomy

Luminar is enhancing, not replacing, the driver.





© 2023 Luminar Technologies, Inc. All rights reserved.

**10**



© 2023 Luminar Technologies, Inc. All rights reserved.

11

# The Master Plan

**1** Create the **world's best lidar** for production cars and trucks

**2** **Launch and enable** the safest and most advanced cars/trucks on the road, starting with **high-end models**

**3** Launch and enable Proactive Safety™ & highway autonomy on **mainstream models**

**4** Democratize advanced **safety for all**, while monetizing upgrades for autonomy, software, and services

© 2023 Luminar Technologies, Inc. All rights reserved.

# Luminar Now Planned Into

# 20+

## Production Vehicle Models[1]

1. Vehicle Models Include Geographically Diversified Production Vehicle Model Variants And Programs from Multiple Automakers

© 2023 Luminar Technologies, Inc. All rights reserved.

13



Uniquely positioned to deliver **real revenue, scalable profits, and exponential growth** from its multi-billion order book over the near-term and long-term

Expecting **Triple-Digit Revenue Growth** Every Year for the next 5 years (32X)

© 2023 Luminar Technologies, Inc. All rights reserved.

14



# Industrialization at Global Scale

© 2023 Luminar Technologies, Inc. All rights reserved.



© 2023 Luminar Technologies, Inc. All rights reserved.





Tech



Automotive

© 2023 Luminar Technologies, Inc. All rights reserved.

17



© 2023 Luminar Technologies, Inc. All rights reserved.

**18**



**19**





# End-To-End Vertical Ecosystem

© 2023 Luminar Technologies, Inc. All rights reserved.



# Monetizing the Ecosystem

© 2023 Luminar Technologies, Inc. All rights reserved.

21





© 2023 Luminar Technologies, Inc. All rights reserved.

**22**



# What's on the table?

## ~$1,750 / yr

Average cost of Auto insurance in US:

## >$20,000

Total Cost of Auto Insurance over Average 12-yr Vehicle Lifespan

© 2023 Luminar Technologies, Inc. All rights reserved.



# **Our Guest Speakers**

© 2023 Luminar Technologies, Inc. All rights reserved.

24

# A word from...





**Jim Rowan**
CEO & President





**Markus Schäfer**
CTO & Board of Mgmt





**Thomas Ingenlath**
CEO



**Martin Daum**
CEO



**Gary Hicok**
SVP, Automotive





**Alexandr Wang**
CEO





**Russell Higginbotham**
CEO, Swiss Re Solutions



**Ziyu Shen**
CEO





**James Peng**
CEO





**Tetsuya Iijima**
GM AD/ADAS

© 2023 Luminar Technologies, Inc. All rights reserved.



© 2023 Luminar Technologies, Inc. All rights reserved.

26



© 2023 Luminar Technologies, Inc. All rights reserved.

27





© 2023 Luminar Technologies, Inc. All rights reserved.

**28**



© 2023 Luminar Technologies, Inc. All rights reserved.

29



'Model G'

Hydra

Iris

© 2023 Luminar Technologies, Inc. All rights reserved.

30



# Iris+

© 2023 Luminar Technologies, Inc. All rights reserved.

**31**



# 3X

## Performance

(Range X Resolution)

# 20%

## Slimmer Profile

# Safety

from cities to the Autobahn

# Millions

Of Iris+ Equipped Vehicles by 2027

© 2023 Luminar Technologies, Inc. All rights reserved.



© 2023 Luminar Technologies, Inc. All rights reserved.

**34**





© 2023 Luminar Technologies, Inc. All rights reserved.

**35**



© 2023 Luminar Technologies, Inc. All rights reserved.

36

# Aaron Jefferson

Vice President of Product





## Consumer Vehicles



## Trucking



## Robo-Taxi



## Adjacent Markets



© 2023 Luminar Technologies, Inc. All rights reserved.

**38**

## Sentinel™
Software platform for automotive series production enabling Proactive Safety™ and Highway Autonomy

## HD Maps
Light-weight, highly accurate, automatically updating high definition 3D maps

## Perception
Perception and localization software purpose-built to unlock the full capabilities of Luminar's Iris lidar

## Iris
Only long-range, 1550nm lidar meeting OEM specs for advanced safety & autonomy



© 2023 Luminar Technologies, Inc. All rights reserved.





**SENTINEL**
(Beta)

# Enabling Proactive Safety™ and Highway Autonomy

© 2023 Luminar Technologies, Inc. All rights reserved.

40





42





# HD Maps

© 2023 Luminar Technologies, Inc. All rights reserved.

44





# Our Lidar Roadmap

© 2023 Luminar Technologies, Inc. All rights reserved.

46







**Iris**

**Iris+**

**Next Gen**
*Advanced development*

SOP 2022

SOP 2025

Future

© 2023 Luminar Technologies, Inc. All rights reserved.

**47**





**Iris**

1st automotive grade 3D lidar for global markets

1st to enable high speed highway autonomy

Pioneered roofline integration, emphasizing functional optimization

© 2023 Luminar Technologies, Inc. All rights reserved.





**Iris+**

Detection of small objects at up to 40% further distance enables safe and comfortable autonomy

20% slimmer profile

Designed for higher volume production capacity

© 2023 Luminar Technologies, Inc. All rights reserved.





# Next Gen Lidar

Advanced Development

## Enabling Broad Adoption:

- Drive value through cost-down and performance-up

- Enable vehicle design through size reduction

- One step closer to net-zero cost of ownership

© 2023 Luminar Technologies, Inc. All rights reserved.



# Dr. Matthew Weed

Senior Director of Product







Future Proof
the Vehicle

Enabling Broad Lidar
Adoption

© 2023 Luminar Technologies, Inc. All rights reserved.

**52**



# Future Proofing the Vehicle





**Object Detection & Tracking**



**Collision Threat Assessment**



**Enabled Everywhere, All the Time & In All Conditions**

© 2023 Luminar Technologies, Inc. All rights reserved.





© 2023 Luminar Technologies, Inc. All rights reserved.

United Nations Economic and Social Council ECE/TRANS/WP.29/2022/59/Rev.1
Small but collision relevant obstacle assumed, tire (60cm x 20cm / 3% reflectivity)





56



# Enabling Broad Lidar Adoption







**Lidar Chip Components**

**Lidar Hardware Integration**

**Software & AI Development**

© 2023 Luminar Technologies, Inc. All rights reserved.

# Software Components



**Luminar's Sentinel**

**Proactive Safety™ & Highway Autonomy**

**Perception Software**

**Core Sensor Software**

**Sensor and Firmware**

Planning and Controls

Environment Model

HD Maps

Perception

Lidar Tools
Integrate, control, calibrate

Drivers & SDK

Lidar Simulation

Lidar Visualization

Lidar

**PLATFORM PARTNERS**

nVIDIA.

mobileye®

Qualcoww

© 2023 Luminar Technologies, Inc. All rights reserved.

# Luminar AI Engine

© 2023 Luminar Technologies, Inc. All rights reserved.

# Annie Guan

Director of AI and ML





**61**





# Luminar AI Engine



© 2023 Luminar Technologies, Inc. All rights reserved.

**64**

# Luminar AI Engine



© 2023 Luminar Technologies, Inc. All rights reserved.

**65**

# Neural Networks



**Point Cloud Input** | **Feature Generation** | **Network BackBone** | **Network Neck** | **Network Head**

Multi-Frame Aggregation | 3D Voxelization | Sparse Convolution | Multi-Scale Feature Aggregation | Regression & Classification

3D Object Detection

3D BBox Dimension
3D BBox Orientation
Object Classification
Confidence Score

Projection | Encoder—Decoder | Reprojection | Per Point Classification

Semantic Segmentation

Lane Classification
Road Classification
Barrier Classification
Object Classification

© 2023 Luminar Technologies, Inc. All rights reserved.



# AI Acceleration and Inference

Goal: Optimize for inference speed with little accuracy drop



FP16, INT8

SoC

© 2023 Luminar Technologies, Inc. All rights reserved.

**68**



© 2023 Luminar Technologies, Inc. All rights reserved.

**69**

# Ground Truth Labeled Training Data







Human-in-the-Loop Labeling

Targeted Updates and Redos

Scale Nucleus



© 2023 Luminar Technologies, Inc. All rights reserved.

70

© 2023 Luminar Technologies, Inc. All rights reserved.



# Alexandr Wang

Founder and CEO
Scale.ai

© 2023 Luminar Technologies, Inc. All rights reserved.

**73**

© 2023 Luminar Technologies, Inc. All rights reserved.

74



# Dr. Jason Eichenholz
Co-Founder and CTO



### Laser
Proprietary hybridized low-cost 1550nm laser





### Detector
Ultra low noise, high sensitivity, unlocked long range & economics

### Scanner
Dynamic scanning with low-mass, auto-grade mirrors





### Processor
5th major generation Luminar ICs, designed from scratch in-house

© 2023 Luminar Technologies, Inc. All rights reserved.

76

© 2023 Luminar Technologies, Inc. All rights reserved.

77



**Black Forest** Engineering



**Optogration**

### 'Model G'



### Hydra

### Iris



© 2023 Luminar Technologies, Inc. All rights reserved.

78



© 2023 Luminar Technologies, Inc. All rights reserved.

**79**







# World-Record
# Laser Performance

Freedom Photonics aura™ provides a disruptive leap in semiconductor laser amplifiers

© 2023 Luminar Technologies, Inc. All rights reserved.



# Luminar Semiconductor







© 2023 Luminar Technologies, Inc. All rights reserved.



© 2023 Luminar Technologies, Inc. All rights reserved.

**82**



# Mike McAuliffe
CEO, Luminar Semiconductor

# Luminar Semiconductor

Builds breakthrough photonics and opto-electronic engines

Enables industry-leading customers to solve impactful problems for our world

Enables Luminar to fulfill its mission

© 2023 Luminar Technologies, Inc. All rights reserved.

**84**

Our **Photons to Decisions** technology stack

**Leveraging into new markets**



Lidar System

Opto-Electronic Engines

Point Cloud Processor ASICs

DSP

AI

Packaged Chips and Modules

Bare Die

APD Photodetector    InP Laser    ASIC

© 2023 Luminar Technologies, Inc. All rights reserved.



# Common Platforms Drive Scale

## Industrialization

## Miniaturization

**Common Needs** – Hardest photon generation, detection and processing problems

**Leverage scale** across markets

**We solve 1550 –** Architecture, Packaging & Scale

**Shift gears** to @ Scale @ Auto Quality



**Chip die level**



**Hybrid Integration**



**OptoElectronic Engines**

**Photonic Integrated Circuits**

© 2023 Luminar Technologies, Inc. All rights reserved.



# We win through Technology, Team and Focus

**Our Platforms**

**Our Team**

> 85% Engineers

> 35% PhD, M.Eng

Indium Gallium Arsenide (InGaAS)

Indium Phosphide (InP)

Silicon Germanium (SiGe)

Gallium Arsenide (GaAs)

Silicon CMOS

Silicon Photonics Silicon Nitride (SiN)

Laser

ASIC

Receiver

**Leading Ecosystem of Fab, Packaging & Test partners**

© 2023 Luminar Technologies, Inc. All rights reserved.

# Market Opportunity TAM > $50B





**Optical Communications Datacom/Telecom**



**Aerospace**



**Precision Manufacturing**



**Life Sciences**



**Emerging – Quantum, Optical Sensing**



**3D Vision Non–Auto Lidar**

Sources: Coherent; Trumpf; Lumentum; Yole & Internal estimates

© 2023 Luminar Technologies, Inc. All rights reserved.

# Market Pull from Industry Leaders

## > 60 current programs
## > 500K product units shipped











**Optical I/O AI Datacenter**

**Free Space Optics Communications**

**Broadband Fiber 5G; GPON; FTTx**

**Optical Sensing & Quantum**

**AeroSpace**

© 2023 Luminar Technologies, Inc. All rights reserved.



# Industry Landscape Shifting Gears

**Photonics @** inflection

**Industrializing** Opto-electronics **Supply Chain**

Aura + Full stack **Our Beachhead Opportunity**

**Building Stack** = our Moat

© 2023 Luminar Technologies, Inc. All rights reserved.

# Luminar Semiconductor

**1** | Drive productization, scaling and chip–level roadmap for Luminar

**2** | Build foundations Build beachheads

# Build. Disrupt. Deliver. Scale.

© 2023 Luminar Technologies, Inc. All rights reserved.

91



© 2023 Luminar Technologies, Inc. All rights reserved.

**92**

# Taner Ozcelik

Executive Vice President and General Manager







**Innovation & Velocity**



**Built to Scale**



**Elegant Architecture**



**Automotive Grade**



**Automotive & Tech Talent**

© 2023 Luminar Technologies, Inc. All rights reserved.



**Innovation & Velocity**

# Not only have we proven we can deliver, we are gaining velocity

© 2023 Luminar Technologies, Inc. All rights reserved.

95

# Improved Innovation Velocity with Each Generation



**Iris+** — 2022 — **11 Months**

## 3X FASTER
From start of development to B Sample

**Iris** — 2019 — **26 Months**

**Hydra** — 2017 — **36 Months**

© 2023 Luminar Technologies, Inc. All rights reserved.

96



Aug. 2022 – 1st Receiver

Nov. 2022 – 1st Point Cloud

Mar. 2022 – Kickoff

Apr. 2022 – ME Design

Oct 2022 – EV Sample

Jan. 2023 – First B Sample on Orlando Pilot Line

| Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

Kickoff

EV

B-sample

May. 2022 –Thermal Analysis

Jun. 2022 – FEA Simulation

Jan. 2023 – B Sample

May. 2022 –EE Design

Sep. 2022 –1st Transceiver

Feb. 2023 – B Sample

© 2023 Luminar Technologies, Inc. All rights reserved.

**97**

# Expanding Our Next-Gen Lidar Development Team








Chassis


Motor


Polygon Mirror


Galvos


Clamp


Balance Plug


Cowling


FIPG Cover


Torx™ Screws


ASIC-GL


Basedeck


Motor


Disc & Spacer Stack


HSA and VCM


Clamp


Balance Plug


Air Diverter


FIPG Cover


Torx™ Screws


ASIC-GL

Excellent alignment of Technology and Manufacturing

80% leverage between hard disk drives and lidar

© 2023 Luminar Technologies, Inc. All rights reserved.

99





**Built to Scale**

# Platformization & Design for Manufacturing at Scale

© 2023 Luminar Technologies, Inc. All rights reserved.

100

# Platform Architecture



## ARCHITECTURE DELIVERS PERFORMANCE



## MODULAR SUB-SYSTEMS



**Receiver**
Ultra high efficiency, low-cost architecture

**Emitter**
Proprietary hybridized low-cost 1550nm laser

**Scanner**
Dynamic scanning with low-mass, auto-grade mirrors

**Processor**
5th major generation Luminar ASICs, designed from scratch in-house

**Software**
Firmware, Core SW Perception & mapping SW enable proactive safety and highway autonomy

**Services**
Luminar partners with Swiss Re to develop insurance solutions for Proactive Safety ™ solutions

© 2023 Luminar Technologies, Inc. All rights reserved.



Iris+

Iris

© 2023 Luminar Technologies, Inc. All rights reserved.



# Platform Partnerships







© 2023 Luminar Technologies, Inc. All rights reserved.





© 2023 Luminar Technologies, Inc. All rights reserved.



**Elegant Architecture**

# Driving high performance and efficiency

© 2023 Luminar Technologies, Inc. All rights reserved.

# World Class Innovation Ingredients



Internally Developed
Externally Sourced

| | Laser | Detector | Processor | Software Stack | Scanner |
|---|---|---|---|---|---|
| | Assembly | APD | Receiver ASIC | Firmware | Scanning System |
| | Seed Laser | | Laser ASIC | Core SW | |
| | | | FPGA | Perception SW | |
| | | | | Path Planning & Control | |

© 2023 Luminar Technologies, Inc. All rights reserved.

**106**

# Elegance = Simplicity x Capability













© 2023 Luminar Technologies, Inc. All rights reserved.

**107**



**Automotive Grade**

# Reliability and Robustness are Paramount for Automotive

© 2023 Luminar Technologies, Inc. All rights reserved.

# What it Means to be Automotive Grade

Success in the automotive industry requires not just great product performance, but a complete understanding of the automotive industry and associated processes & qualifications



| PRODUCT PHASES | COMPONENT INNOVATION Enabling Core Technology | COMPONENT SOURCING Vertical Integration | LIDAR DEVELOPMENT System level | SPEC VALIDATION Qualification of performance | INDUSTRIALIZATION B, C and D sample | SERIES PRODUCTION Scaling global Production |
|---|---|---|---|---|---|---|
| | DFM | AEC Q100 | PDP | QMS | PPAP | MFG SCALE |
| | DFT | Scale | DFMEA | DV | PFMEA | WARRANTY |
| | Packaging | Cost Analysis | DFM | PV | APQP | RMA |
| | AEC Q100 | | DFT | Long-Range Tests | | |
| | | | ISO 26262 | | | |
| | | | ASPICE | | | |

© 2023 Luminar Technologies, Inc. All rights reserved.



© 2023 Luminar Technologies, Inc. All rights reserved.



**Debbie Poppas**
Vice President
Quality and Industrialization



113



**Advancing
Industry Standards**

# Leading the industry to raise the bar for safety and autonomy with standards organizations

© 2023 Luminar Technologies, Inc. All rights reserved.

114





**Commitment
to Quality**

# Quality throughout our business and supply chain

© 2023 Luminar Technologies, Inc. All rights reserved.



**Implementing Key
Quality Initiatives**

# Embracing zero defect strategies as a mindset

© 2023 Luminar Technologies, Inc. All rights reserved.

# Supplier Partnership Model





# Transforming Our Supply Chain For Automotive Grade Certification



**100%**

ISO Certified

**98%**

ISO certified <u>AND</u> IATF compliant today

**Full Certification this year**

ISO

IATF

| | | | |
| 75% | | | |
| 50% | | | |
| 25% | | | |
| 0% | Hydra | IRIS - B Sample | IRIS - C Sample | IRIS - Current |

© 2023 Luminar Technologies, Inc. All rights reserved.



HIGHLY AUTOMATED HIGH VOLUME FACILITY ONLINE



## Exponential Scale
**Luminar Dedicated w/ Mfg Partners:**
Building new highly-automated, high-volume dedicated facility in Mexico; initial line adds build capacity

IRIS SOP FOR SAIC'S RISING AUTO R7




## Series Production (SOP)
**Celestica & Fabrinet:**
Series production launch w/ mfg partners in Monterrey, Mexico and Thailand



## Advanced Manufacturing
**Orlando + Minneapolis**
Manufacturing R&D and Pilot Lines

| 2016-18 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 + |

© 2023 Luminar Technologies, Inc. All rights reserved.



**Jeff Jaisle**

Vice President, Manufacturing



© 2023 Luminar Technologies, Inc. All rights reserved.

**122**



# New Highly-Automated, High Volume Facility Now Expected **Online in Q2'23**





# 250K+

Capacity
by end of 2023

# Scalable to
# 500k+

© 2023 Luminar Technologies, Inc. All rights reserved.



# Scaling up Transceiver Assembly in Thailand

# Iris+

© 2023 Luminar Technologies, Inc. All rights reserved.

**127**





HIGHLY AUTOMATED HIGH VOLUME FACILITY ONLINE



## Exponential Scale
**Luminar Dedicated w/ Mfg Partners:**
Building new highly-automated, high-volume dedicated facility in Mexico; initial line adds build capacity

IRIS SOP FOR SAIC'S RISING AUTO R7





## Series Production (SOP)
**Celestica & Fabrinet:**
Series production launch w/ mfg partners in Monterrey, Mexico and Thailand



## Advanced Manufacturing
**Orlando + Minneapolis**
Manufacturing R&D and Pilot Lines

| 2016–18 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 + |
|---|---|---|---|---|---|---|---|

© 2023 Luminar Technologies, Inc. All rights reserved.



© 2023 Luminar Technologies, Inc. All rights reserved.

**130**



# Tom Fennimore
CFO



© 2023 Luminar Technologies, Inc. All rights reserved.

**132**



# Our China Business

© 2023 Luminar Technologies, Inc. All rights reserved.

# Luminar China:  Key Actions In 2022



**Hired Jackie Chen to lead our business**

**Shanghai headquarters**

**Launched with SAIC R7**

**Established Luminar China legal entity**

**Building out team to service local customers & provide engineering support**

© 2023 Luminar Technologies, Inc. All rights reserved.

**134**

# Passenger Vehicle Automotive Market in China





Foreign Branded Automakers, (eg. MB, Nissan, Volvo)
**10.3M**

Local EV Brands (e.g .SAIC R-series, BYD)
**3.5M**

Other Local China Brands
**6.8M**

2022 Vehicles Sold in China

**~50%**
Foreign Brands

**~50%**
China Brands

Luminar naturally positioned with foreign brands given global OEM relationships

**~⅓ of 3.5M**

At Price Point >RMB 250k

Data source: China Passenger Cars Association (CPCA)

© 2023 Luminar Technologies, Inc. All rights reserved.

135

# Our China Strategy





**Focused Customer Strategy**

Support global
customers in China

Local EV & technology leaders

Commercial trucking



**Expand China Footprint**

Grow local
engineering team

Establish
software infrastructure

Asia manufacturing
capabilities



**Strategic Partners**

Pony.ai:  autonomous leader

Utilize ECARX strategic
partnership to develop local
solution for China market

Explore other
potential partnerships

© 2023 Luminar Technologies, Inc. All rights reserved.



© 2023 Luminar Technologies, Inc. All rights reserved.





© 2023 Luminar Technologies, Inc. All rights reserved.



# Luminar Insurance Strategy

© 2023 Luminar Technologies, Inc. All rights reserved.

139

 

# The Insurance Opportunity Enabled By Luminar

**80%** of forward collisions fall into three categories



**35%**
Reaction Time & Unsafe Distance



**25%**
Sudden Objects



**20%**
Low-Velocity Collision

Our technology reduces & mitigates these  collision scenarios

© 2023 Luminar Technologies, Inc. All rights reserved.

140

# Luminar: Willing to Bet On Our Technology



Luminar is willing to underwrite expected
insurance savings
to subsidize the cost
of our technology
to the consumer and OEM



Average US annual
vehicle insurance
premium is

## ~$1,750

Source: https://www.bankrate.com/insurance/car/the-true-cost-of-auto-insurance-in-2022/

© 2023 Luminar Technologies, Inc. All rights reserved.

# Building a **Scalable & Asset Light** Insurance Product & Infrastructure



Forming digital MGA[1] to operate insurance business

Will utilize technology & reputable third party partners

Forming own insurance captive to manage insurance risk



Initial focus is to launch in the US, with goal to scale globally

Goal is to partner with OEM customers to enable scale

Serving passenger vehicle & commercial vehicle markets

**Our insurance product is expected to be available to consumers of Luminar-equipped production vehicles in initial geographies in 2024**

[1]Managing General Agent

© 2023 Luminar Technologies, Inc. All rights reserved.

# Our Luminar Insurance Team and Strategic Partner





Luminar's insurance platform construction & launch will be overseen by
**Alex Tsetsenekos**,
who constructed and launched Tesla Insurance



Partnering with
**Swiss Re**,
a leading global reinsurance company

© 2023 Luminar Technologies, Inc. All rights reserved.

**143**

# Financials, Milestones & Outlook

© 2023 Luminar Technologies, Inc. All rights reserved.



# **Met or Exceeded**
## All 4 2022 Milestones



Series
Production



Sentinel
Progress



60% More Commercial
Program Wins



60% Forward-looking
Order Book[1] Growth

[1] Please refer to Order book definition in the appendix

© 2023 Luminar Technologies, Inc. All rights reserved.

145

# Q4/FY'22 Summary Results



## **FY'22 Revenue $40.7M; Q4 Revenue $11.1M**

Q4 & FY'22 Revenue at lower end of guidance range primarily due to timing of program and service revenue recognition

## **Q4'22 GAAP EPS loss ~$0.40; Non-GAAP EPS loss ~$0.26**

Slightly higher loss than expectations as we invested additional capital in industrialization & ongoing software development

## **Year-end Cash position[1] of $489M**

Q4 Free Cash Flow[2] of ($79.5M) lower sequentially from Q3 ($52.5M) driven primarily by operating loss from industrialization & ongoing software development

[1] Includes cash, cash equivalents and marketable securities. [2] Defined as operating cash flow less capex.
Refer to appendix for reconciliations between GAAP measures & Non GAAP measures

© 2023 Luminar Technologies, Inc. All rights reserved.

# 2023 Milestones & Financial Guidance

## Top 3 Business Milestones for 2023



### Scale
High Volume, Automated Mexico Facility Online
& Meets Volvo SOP Requirements



### Technology & Product Roadmap
Enter Iris+ C-phase

Next-Gen LiDAR Prototype

Software Completed for Volvo & Mercedes SOP



### Growth
Grow Order Book[1] by at least $1 Billion

### 2023 Financial Guidance

**>2x FY'22**
2023 Revenue

**Gross Margin**
Positive by Q4'23

**>$300M**
2023 Year-End Cash / Liquidity

[1] Please refer to Order Book definition in the appendix

© 2023 Luminar Technologies, Inc. All rights reserved.

# Forward Looking Order Book[1] Update





[1] Please refer to Order Book definition in the appendix          © 2023 Luminar Technologies, Inc. All rights reserved.

**148**

# Key Building Blocks of Our Long-Term Model



| **# of Luminar Equipped Vehicles Sold** | = | Awarded Programs | + | Additional Programs @ Existing Customers | + | High Probability New Customers |
|---|---|---|---|---|---|---|
| **Revenue Per Luminar Equipped Vehicle** | = | Hardware + Base Software ASP | + | Software & Solutions Content Per Vehicle | { | Sentinel Software Suite<br>Mapping<br>Net Insurance Profit<br>Take-rate Adjusted<br>Upfront and/or Subscription |
| **Unit Contribution Cost** | = | Bill of Material (BOM) | + | Manufacturing Conversion Cost | + | Other Variable Costs |
| **Other Key Items** | | OPEX | | Capex | | Luminar Semiconductor / Component P&L |

© 2023 Luminar Technologies, Inc. All rights reserved.

# Exponential Scale: Run-Rate of Luminar-equipped Vehicles



Annual Run-rate of Luminar-equipped Vehicles Sold

**5+ Million**



**High Probability New Customer Programs**

**>75%**

**Existing Customers: Awarded Programs + Additional Programs**

**1 Million**

**Additional Programs @ Existing Customers**

**Awarded Programs**



**>70%**

| | 1 Million | 5+ Million |
|---|---|---|
| Target Timing: | 2026/27 | 2030 |
| Implied Revenue Run-Rate: | $1 Billion | $5+ Billion |
| Key Milestones to Achieve: | Launch Mercedes & Nissan Ramp Volvo & Polestar | Scale with Existing Customers Win Incremental Target Customers |

© 2023 Luminar Technologies, Inc. All rights reserved.

# Luminar Unit Economics Roadmap



| | **2025 Target** | **2030 Target** |
|---|---|---|
| Revenue Per Luminar Equipped Vehicle Sold [1] | ~$1,000 | ~$1,000 (Take-rate Adjusted) |
| Revenue Composition | Primarily Hardware and Base Software ASP | Software & Solutions[2] / Hardware and Base Software ASP |
| Unit Contribution Cost[2] | ~$650 | ~$350 |
| Primary Sensor | Iris Family | Next-gen LiDAR |

[1] 2025 target is primarily from Hardware and Base Software ASP. 2030 target includes Hardware and Base Software ASP plus estimated lifetime revenue from Software & Solutions (e.g. Sentinel software suite solutions plus net insurance profit, all of which are take-rate adjusted).
[2] 2025 Unit Contribution Cost target primarily includes BOM, manufacturing conversion costs and other variable COGs for producing a Lidar sensor. 2030 target includes the same items plus the incremental cost of services for providing Software and Solutions services

© 2023 Luminar Technologies, Inc. All rights reserved.

# Scalable OPEX & Capex



**Opex**

**Capex[1]**

$221M



S&M

G&A

R&D

Target ~20% growth in 2023

Expect 2024 roughly flat

Longer-term annual growth of 10-20%

2022
Non-GAAP OpEx

Target ~50% reduction in 2023

Expect $15-20M capex investment for new Asia facility, primarily in 2024

Afterwards, each 1m unit of incremental capacity would cost ~$10M in incremental capex

$50M[1]

2022

[1]$50M in Capex includes $18M in cash, $28M in stock payments to vendors, and $4M not yet paid
Refer to appendix for reconciliations between GAAP measures & Non GAAP measures

© 2023 Luminar Technologies, Inc. All rights reserved.

# Profitability Roadmap



**Sufficient Cash on hand (plus cushion) to reach profitability**

**Key Year-end Profitability Targets**

35-40+%
Operating
Margin[2]

Overall
Company
Break-even[2]

Core Business[1]
Break-even

Gross Margin
Positive

| 2023 YE | 2024 YE | 2025 YE | 2030 |

1. Core Business Break-Even refers to the target of reaching operating profit break-even for our core Lidar hardware and component businesses and excludes investments in software, insurance and our future product roadmap

2. Refer to appendix for reconciliations between GAAP measures & Non GAAP measures

© 2023 Luminar Technologies, Inc. All rights reserved.

# Our M&A Strategy



Be positioned to act opportunistically in current environment

## Strong strategic fit

Software & Solutions
Vertical integration
R&D acceleration
Acqui-hires
Strategic partnership investments

## Focus on small/mid-sized deals

## Primarily use stock as acquisition currency

Will file equity registration statements only for M&A & Strategic partnerships for opportunistic flexibility

| M&A Deals Last 2 Years | |
| --- | --- |
| **Optogration** | Vertical Integration |
| **Freedom Photonics** | Vertical Integration |
| **Civil Maps** | Software & Solutions |
| **Seagate Lidar** | R&D acceleration |

© 2023 Luminar Technologies, Inc. All rights reserved.

# Concluding Remarks



**Customers Wins in-place to Exponentially Scale Sensor & Revenue Growth**
Credible path to 100k+, 1M and 5M production run-rate; expected to at least double revenue each year for the next several years; $5bn+ 2030 revenue target

**Credible Path to Profitability**
2023YE:  Gross Margin Profitable; 2024YE: Core Business Break-even; 2025YE Company Break-even

**Investing in Product Roadmap to Drive Growth, Addtl Content & Margins**
Next generation sensor plus software, solutions, and ecosystem products enable mass-market penetration and higher margins

**Team in-place & Cash on-hand to Succeed**
Luminar has the team today + sufficient cash (and a cushion) reach profitability and execute our business plan

1. Refer to appendix for reconciliations between GAAP measures & Non GAAP measures

© 2023 Luminar Technologies, Inc. All rights reserved.



© 2023 Luminar Technologies, Inc. All rights reserved.

**156**

# DISCLAIMER AND CAUTIONARY NOTE



**FORWARD–LOOKING STATEMENTS**

This presentation of Luminar Technologies, Inc. ("Luminar" or the "Company") includes "forward-looking statements" within the meaning of the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements may be identified by the use of words such as "future," "growth," "opportunity," "well-positioned," "forecast," "intend," "seek," "target," "anticipate," "believe," "expect," "estimate," "plan," "outlook," and "project" and other similar expressions that predict or indicate future events or trends or that are not statements of historical matters. These forward-looking statements include, but are not limited to, statements regarding the expected achievement of series production readiness and production scaling for Iris lidar, the expected vehicle delivery timing by the automaker, the expected timing and impact of the new, high-volume manufacturing facility, the expected timing of a software beta, the expected growth in 2022 of Luminar's forward-looking order book and major commercial wins, and expectations for 2022 revenue growth and cash expenditure. Such forward-looking statements with respect to revenues, earnings, performance, strategies, prospects and other aspects of the business of Luminar are based on current expectations that are subject to risks and uncertainties.  These statements are based on various assumptions, whether or not identified in this presentation, and on the current expectations of Luminar's management and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on by any investor as, a guarantee, an assurance, a prediction or a definitive statement of fact or probability.

A number of factors could cause actual results or outcomes to differ materially from those indicated by such forward-looking statements. These factors include, but are not limited to: Luminar's history of losses; significant continuing expenses and limited operating history; the cost of Luminar's strategic initiatives and the potential failure to increase revenue to offset these initiatives; whether Luminar's lidar products are selected for inclusion in autonomous driving or ADAS systems by automotive OEMs or their suppliers, and whether Luminar will be de-selected by any customers; the lengthy period of time from a major commercial win to implementation and the risks of cancellation or postponement of the contract or unsuccessful implementation; potential inaccuracies in Luminar's forward looking estimates of certain metrics and future cost of goods sold (COGS) and bill of materials (BOM) and total addressable market; the discontinuation, lack of success of Luminar's customers in developing and commercializing products using Luminar's solutions; Luminar's inability to reduce and control the cost of the inputs on which Luminar relies; the effect of continued pricing pressures, competition from other lidar manufacturers, automotive original equipment manufacturers ("OEMs") cost reduction initiatives and the ability of automotive OEMs to re-source or cancel vehicle or technology programs; general economic uncertainty and the effect of general economic conditions on Luminar's industry in particular, including the level of demand and financial performance of the autonomous vehicle industry and market adoption of lidar as well as developments in alternative technology and the increasingly competitive environment in which Luminar operates; Luminar's ability to manage its growth and expand its business operations effectively, including into international markets, such as China, which exposes Luminar to operational, financial and regulatory risks; adverse impacts due to limited availability and quality of materials, supplies, and capital equipment, or dependency on third-party service providers; whether Luminar will be able to successfully transition its engineering designs into high volume manufacturing, including the Company's ability to transition to an outsourced manufacturing business model and whether the Company and its outsourcing partners and suppliers can successfully operate complex machinery; whether Luminar can successfully select, execute or integrate its acquisitions; whether the complexity of Luminar's products results in undetected defects and reliability issues which could reduce market adoption of its new products, limit its ability to manufacture, damage its reputation and expose it to product liability, warranty and other claims; Luminar's ability to maintain and adequately manage its inventory; Luminar's ability to remediate the material weakness in its internal controls over financial reporting; Luminar's ability to protect and enforce its intellectual property rights; changes in personnel and availability of qualified personnel and dependence on Austin Russell, Luminar's Founder, President and Chief Executive Officer; the amount and timing of future sales and whether the average selling prices of Luminar's products could decrease rapidly over the life of the product as well as dependence on key customers, who are often large corporations with substantial negotiating power; the effects of the ongoing coronavirus (COVID-19) pandemic or other infectious diseases, health epidemics, pandemics, or natural disasters on Luminar's business; interruption or failure of Luminar's information technology and communications systems and cybersecurity risks to operational systems, security systems, infrastructure, integrated software in its lidar solutions; strict government regulation that is subject to amendment, repeal or new interpretation and Luminar's ability to comply with modified or new laws and regulations applying to its business; whether the concentration of Luminar's stock ownership and voting power limits the ability of its stockholders to influence corporate matters; and risks related to Luminar's indebtedness; and other risks and uncertainties discussed from time to time in the Company's periodic reports on Form 10-K or Form 10-Q filed with the Securities and Exchange Commission (the "SEC"), including in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of such reports, as well as other documents filed or to be filed with the SEC.  There may be additional risks that Luminar presently knows or that Luminar currently believes are immaterial that could also cause actual results to differ from those contained in the forward-looking statements.

You are cautioned not to place undue reliance upon any forward-looking statements, including the projections, which speak only as of the date made. Luminar does not undertake any commitment to update or revise the forward-looking statements, whether as a result of new information, future events or otherwise.

Accordingly, forward-looking statements, including any projections or analysis, should not be viewed as factual and should not be relied upon as an accurate prediction of future results. The forward-looking statements contained in this presentation are based on the Company's current expectations and beliefs concerning future developments and their potential effects on Luminar. These forward-looking statements involve a number of risks, uncertainties (some of which are beyond our control), or other assumptions that may cause actual results or performance to be materially different from those expressed or implied by these forward-looking statements.

Should one or more of these risks or uncertainties materialize, or should any of management's assumptions prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements. Luminar does not undertake any obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws. Accordingly, you should not put undue reliance on these statements.

© 2023 Luminar Technologies, Inc. All rights reserved.

# DISCLAIMER AND CAUTIONARY NOTE



**USE OF PROJECTIONS**

This presentation contains financial forecasts with respect to certain financial measurements of Luminar, including, but not limited to Luminar's projected Revenue ,free cash flow, year end cash, and order book. Such projected financial information constitutes forward-looking information, and is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. Luminar's independent registered public accounting firm did not audit, review, compile, or perform any procedures with respect to the projections for the purpose of their inclusion in this presentation, and accordingly, it did not express an opinion or provide any other form of assurance with respect thereto for the purpose of this presentation. These projections should not be relied upon as being necessarily indicative of future results. Luminar does not undertake any commitment to update or revise the projections, whether as a result of new information, future events or otherwise.

In this presentation, certain of the above-mentioned projected information has been repeated (in each case, with an indication that the information is an estimate and is subject to the qualifications presented herein), for purposes of providing comparisons with historical data. The assumptions and estimates, including Order Book numbers underlying the prospective financial information are inherently uncertain and are subject to a wide variety of significant business, economic and competitive risks and uncertainties that could cause actual results to differ materially from those contained in the prospective financial information. See "Forward-Looking Statements" paragraph above. Accordingly, there can be no assurance that the prospective results are indicative of the future performance of Luminar or that actual results will not differ materially from those presented in the prospective financial information. Inclusion of the prospective financial information in this presentation should not be regarded as a representation by any person that the results contained in the prospective financial information will be achieved.

**INDUSTRY AND MARKET DATA**

In this presentation, Luminar relies on and refers to information and statistics regarding the sectors in which Luminar competes and other industry data. Luminar obtained this information and statistics from third-party sources, including reports by market research firms.  Although Luminar believes these sources are reliable, the Company has not independently verified the information and does not guarantee its accuracy and completeness. Luminar has supplemented this information where necessary with information from discussions with Luminar customers and Luminar's own internal estimates, taking into account publicly available information about other industry participants and Luminar's management's best view as to information that is not publicly available.

**USE OF NON-GAAP FINANCIAL MEASURES**

The financial information and data contained in this presentation is unaudited and does not conform to Regulation S-X promulgated under the Securities Act of 1933, as amended. Accordingly, such information and data may not be included in, may be adjusted in or may be presented differently in, any filing Luminar makes with the SEC.

In addition to disclosing financial measures prepared in accordance with U.S. generally accepted accounting principles (GAAP), this presentation contains certain non-GAAP financial measures and certain other metrics. Non-GAAP financial measures and these other metrics do not have any standardized meaning and are therefore unlikely to be comparable to similarly titled measures and metrics presented by other companies. Luminar considers these non-GAAP financial measures and metrics to be important because they provide useful measures of the operating performance of the Company, exclusive of factors that do not directly affect what we consider to be our core operating performance, as well as unusual events. The Company's management uses these measures and metrics to (i) illustrate underlying trends in the Company's business that could otherwise be masked by the effect of income or expenses that are excluded from non-GAAP measures, and (ii) establish budgets and operational goals for managing the Company's business and evaluating its performance. In addition, investors often use similar measures to evaluate the operating performance of a company. Non-GAAP financial measures and metrics are presented only as supplemental information for purposes of understanding the Company's operating results. The non-GAAP financial measures and metrics should not be considered a substitute for financial information presented in accordance with GAAP.This presentation includes non-GAAP financial measures, including non-GAAP net loss and Free Cash Flow. Non-GAAP net loss is defined as GAAP net loss plus stock-based compensation expense, plus amortization of intangible assets, plus legal reserve related to employee matters, plus transaction costs relating to acquisition activities, plus expenses related to registration statement on Form S-1 or Form S-3 on behalf of selling stockholders, plus change in fair value of warrant liabilities, plus provision for (benefit from) income taxes. Free Cash Flow is defined as operating cash flow less capital expenditures. Order Book is defined later in this presentation. Major commercial win is defined as a written agreement or public announcement with a major industry player, including based on their past experience in high volume production, leadership in autonomy, or market leadership, that selects our technology for what is expected to be a significant commercial program, including OEM series production programs. We only include major commercial wins, disclosed or undisclosed, in our forward looking orderbook calculation, which are subject to the risks set forth in the "Forward-Looking Statements" section above.

**TRADEMARKS AND TRADE NAMES**

Luminar owns or has rights to various trademarks, service marks and trade names that it uses in connection with the operation of its business. This presentation also contains trademarks, service marks and trade names of third parties, which are the property of their respective owners.  The use or display of third parties' trademarks, service marks, trade names or products in this presentation is not intended in, and does not imply, a relationship with Luminar, or an endorsement or sponsorship by or of Luminar. Solely for convenience, the trademarks, service marks and trade names referred to in this presentation may appear without the ®, TM or SM symbols, but such references are not intended to indicate, in any way, that Luminar will not assert, to the fullest extent under applicable law, its rights or the right of the applicable licensor in these trademarks, service marks and trade names.

© 2023 Luminar Technologies, Inc. All rights reserved.

# ORDER BOOK DEFINITION



"We use "Order Book" as a metric to measure performance against anticipated achievement of planned key milestones of our business. Order Book is defined as the forward-looking cumulative billings estimate of Luminar's hardware and software products over the lifetime of given vehicle production programs which Luminar's technology is expected to be integrated into or provided for, based primarily on projected / actual contractual pricing terms and our good faith estimates of "take rate" of Luminar's technology on vehicles. "Take rates" are the anticipated percentage of new vehicles to be equipped with Luminar's technology based on a combination of original equipment manufacturer ("OEM") product offering decisions and predicted end consumer purchasing decisions. We include programs in our Order Book when (a) we have obtained a written agreement (e.g. non-binding expression of interest arrangement or an agreement for non-recurring engineering project) or public announcement with a major industry player, and (b) we expect to ultimately be awarded a significant commercial program.

We believe Order Book provides useful information to investors as a supplemental performance metric as our products are currently in a pre-production stage and therefore there are currently no billings or revenues from commercial grade product sales. OEMs customarily place non-cancelable purchase orders with their automotive component suppliers only shortly before or during production. Consequently, we use Order Book to inform investors about the progress of expected adoption of our technologies by OEMs because there is, in our view, no other better metric available at our stage. The Order Book estimate may be impacted by various factors, as described in "Risk Factors" in Item 1A of Part I of our Annual Report on Form 10-K for the fiscal year ended December 31, 2021 and subsequent filings with the Securities and Exchange Commission, including, but not limited to the following:

(i) None of our customers make contractual commitments to use our lidar sensors and software until all test and validation activities have been completed, they have finalized plans for integrating our systems, have a positive expectation of the market demand for our features, and unrelated to us, have determined that their vehicle is ready for market and there is appropriate consumer demand. Consequently, there is no assurance or guarantee that any of our customers, including any programs which we included in our Order Book estimates will ever complete such testing and validation or enter into a definitive volume production agreement with us or that we will receive any billings or revenues forecasted in connection with such programs.

(ii) The development cycles of our products with new customers vary widely depending on the application, market, customer and the complexity of the product. In the automotive market, for example, this development cycle can be as long as seven or more years. Variability in development cycles make it difficult to reliably estimate the pricing, volume or timing of purchases of our products by our customers.

(iii) Customers cancel or postpone implementation of our technology.

(iv) We may not be able to integrate our technology successfully into a larger system with other sensing modalities.

(v) The product or vehicle model that is expected to include our lidar products may be unsuccessful, including for reasons unrelated to our technology. These risks and uncertainties may cause our future actual sales to be materially different than that implied by the Order Book metric.

© 2023 Luminar Technologies, Inc. All rights reserved.

# Q4'22 Selected Financials

| ($M) | Dec 31 2022 | Sep 30 2022 |
|---|---|---|
| Cash and cash equivalents | $69.6 | $56.1 |
| Marketable securities | $419.3 | $497.0 |
| Cash, cash equivalents & marketable securities | $488.9 | $553.1 |
| Total Assets | $687.3 | $742.5 |

| ($M) | Three months ended Dec 31 2022 | 2021 |
|---|---|---|
| Free cash flow [1] | $(79.5) | $(56.4) |

| ($M) | GAAP Three months ended Dec 31 2022 | 2021 | NON-GAAP[2] Three months ended Dec 31 2022 | 2021 |
|---|---|---|---|---|
| Revenue | $11.1 | $12.3 | $11.1 | $12.3 |
| Cost of sales | $27.7 | $19.8 | $34.1 | $16.2 |
| Gross loss | $(16.6) | $(7.5) | $(23.0) | $(3.9) |
| Operating expenses | $124.1 | $63.5 | $71.2 | $39.2 |

Notes: (1) Defined as operating cash flow less capex (2) Please refer to the next slide for a reconciliation of Non-GAAP measures including Free cash flow, to the most directly comparable GAAP financial measure

© 2023 Luminar Technologies, Inc. All rights reserved.

# Reconciliation of GAAP to Non-GAAP Actuals



| (In Millions) | Three months ended Dec 31 | |
| --- | --- | --- |
| | 2022 | 2021 |
| Revenue | $11.1 | $12.3 |
| GAAP cost of sales | $27.7 | $19.8 |
|     Stock-based compensation | $(6.5) | $3.6 |
|     Amortization of intangibles | $0.2 | $0.0 |
| Non-GAAP cost of sales | $34.1 | $16.2 |
| Non-GAAP gross loss | $(23.0) | $(3.9) |
| GAAP operating expenses | $124.1 | $63.5 |
|     Stock-based compensation | $51.1 | $24.2 |
|     Amortization of intangibles | $0.5 | $0.0 |
|     Legal, regulatory filing and M&A transaction expenses | $1.3 | $- |
| Non-GAAP operating expenses | $71.2 | $39.2 |

| (In Millions) | Three months ended Dec 31 | |
| --- | --- | --- |
| | 2022 | 2021 |
| Operating cash flow | $(74.7) | $(54.2) |
| Capex (Incl. advances)[1] | $(4.8) | $(2.3) |
| Free Cash Flow | $(79.5) | $(56.4) |

1. Excludes Vendor stock-in-lieu of cash program—purchases & advances for capital projects and equipment of $7.4M in Q4'22

© 2023 Luminar Technologies, Inc. All rights reserved.

**161**

# FY'22 Selected Financials



| ($M) | GAAP Twelve months ended Dec 31 | | NON–GAAP[2] Twelve months ended Dec 31 | |
|---|---|---|---|---|
| | **2022** | **2021** | **2022** | **2021** |
| Revenue | $40.7 | $31.9 | $40.7 | $31.9 |
| Cost of sales | $101.0 | $46.1 | $92.7 | $39.7 |
| Gross loss | $(60.3) | $(14.2) | $(52.0) | $(7.7) |
| Operating expenses | $382.1 | $200.4 | $220.7 | $126.9 |

| ($M) | Twelve months ended Dec 31 | |
|---|---|---|
| | **2022** | **2021** |
| Free cash flow [1] | $(226.3) | $(154.9) |

Notes: (1) Defined as operating cash flow less capex (2) Please refer to the next slide for a reconciliation of Non–GAAP measures including Free cash flow, to the most directly comparable GAAP financial measure

© 2023 Luminar Technologies, Inc. All rights reserved.

# Reconciliation of GAAP to Non-GAAP Actuals



| (In Millions) | Twelve months ended Dec 31 | |
| --- | --- | --- |
| | 2022 | 2021 |
| Revenue | $40.7 | $31.9 |
| GAAP cost of sales | $101.0 | $46.1 |
| Stock-based compensation | $7.7 | $6.4 |
| Amortization of intangibles | $0.6 | $0.0 |
| Non-GAAP cost of sales | $92.7 | $39.6 |
| Non-GAAP gross loss | $(52.0) | $(7.7) |
| GAAP operating expenses | $382.1 | $200.4 |
| Stock-based compensation | $154.7 | $71.3 |
| Amortization of intangibles | $1.6 | $0.2 |
| Legal, regulatory filing and M&A transaction expenses | $5.1 | $2.0 |
| Non-GAAP operating expenses | $220.7 | $126.9 |

| (In Millions) | Twelve months ended Dec 31 | |
| --- | --- | --- |
| | 2022 | 2021 |
| Operating cash flow | $(208.2) | $(148.4) |
| Capex (Incl. advances)[1] | $(18.1) | $(6.4) |
| Free Cash Flow | $(226.3) | $(154.9) |

1. Excludes Vendor stock-in-lieu of cash program—purchases & advances for capital projects and equipment of $28.4M in FY'22

© 2023 Luminar Technologies, Inc. All rights reserved.

**163**

# Reconciliation of GAAP to Non-GAAP Outlook



| (In % of Revenue) | Q4'2025F |
|---|---|
| GAAP Net Loss Margin | Greater than -26% |
| SBC | 25-30% |
| Amortization of Intangibles | ~1% |
| **Non-GAAP Net Profit Margin** | **Greater than 0%** |

| (In % of Revenue) | 2030F |
|---|---|
| GAAP Operating Margin | 25% - 35% |
| SBC | 5-10% |
| **Non-GAAP Operating Margin** | **35-40%** |

© 2023 Luminar Technologies, Inc. All rights reserved.



© 2023 Luminar Technologies, Inc. All rights reserved.

**165**