# EXHIBIT D



# Transcript of **February 28, 2023 Investor Day Presentation by Mike McAuliffe (CEO of Luminar Semiconductor)**

## Tuesday, February 28, 2023

*Orrick Transcription*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 136857

TRANSCRIPTION FOR

Orrick Herrington & Sutcliffe, LLP

LUMINAR DAY 2023

Investor Day Presentation

by

Mike McAuliffe,

CEO of Luminar Semiconductor

February 28, 2023



P R O C E E D I N G S

[1:41:53] MIKE MCAULIFFE:  Thank you, Jason. First of all, it's a privilege, really, when I joined the company last year, to join such bright people on such a burning mission I knew to be exciting, and I was not wrong.

[1:42:13] So Luminar Semiconductor, why do we exist?  What's the difference between Luminar and the three component companies?  Jason described the chip-up strategy, described why Optogration, Freedom Photonics, and Black Forest Engineering were acquired to be the best in class.  But now as Luminar Semiconductor, our mission really is to take those into an integrated company and to take them to the next level:  the next level of capabilities, the next level of products to drive the current and future Luminar roadmaps, but, importantly, also to create a broader ambition to be a photonics player in the wider market.

[1:42:51] So at our core, what do we do?  We build chip-scale components and chip-scale opto-electronic engines to solve really impactful problems for the world, working with industry leaders, and number one,



of course, is our parent.  Number one is Luminar, our number one customer, solving probably the most impactful problem of them all, but there are more, and today I hope to share with you some information on what they can look like.

[1:43:17] So we've heard about stacks today, we -- big stacks, and I guess that means that we're a sub-stack maybe, but we have our own stack, too, and our stack goes from, we call it photons to decisions.  And in some ways, it represents the signal processing flow from the generation of photons with the lasers from Freedom Photonics, the detection of photons at Optogration, and the processing of those protons from Black Forest Engineering.  We then combine that with advanced packaging up to what's then the next stage of DSP processing and AI processing, as described by the team earlier on, and largely, that feeds the signals for lidar:  the lidar software, perception, and mapping, as they described earlier on.

[1:42:04] So now, the key insight is that the same technologies and the same capabilities that make Luminar successful, they can be applied to other



markets.  Other customers have similar problems, who are generating photons, detecting photons, processing protons.  They recognize how difficult it is, what value we can create, so they're also interested, and we can create broader opportunities across wider markets.

[1:44:32] So I think it's fundamental to our strategy to understand that this common needs can drive common platforms.  We only focus on the hardest photon processing problems:  generation, detection, and processing.  This is what lidar is.  It's one of the biggest, most difficult physics problems today, but we have other customers solving similar very difficult photonic problems.  So we can now take the same platforms, the same products, closely aligned, and leverage that across multiple markets.

[1:45:06] We solve 1550.  There is a general perception that 1550 is an expensive -- traditionally an expensive process, and it's maybe a drawback.  That is not the case.  We have solved that problem through, number one, architecture, as Jason described; number two, advanced packaging; and number three, we can drive the economies of scale and the economics associated



with that by leveraging both Luminar volume and volume to the wider market.  So we're shifting gears.  We're shifting gears to take what has been a subscale industry, subscale ecosystem, and industrializing that at scale, and we need to do that.  We need to do that both for the economics and for size, weight, and cost in order to deliver lidar at millions of units.

[1:45:54] And as an example, the other key advantage of siliconization is this:  people think that maybe the biggest advantage is you control your own supply chain.  That's true.  You can control the quality.  That's true.  You can control the performance.  That's true.  But the biggest advantage of siliconization in general is you can take a lot of complexity and cost out of the product:  complexity in cabling, complexity in optics, complexity in electromechanical.  So anything you can put in silicon, you can put in silicon, and I think we can see from other industry leaders, like big fruit companies, that owning that stack and internalizing and siliconizing anything you can delivers elegant architectures, breakthrough performance, and breakthrough economics.



[1:46:40] So what's the basis of competition?  How are we going to compete?  How are we going to win?  What gives me confidence?  Well, number one, we have what I regard as really the brightest team maybe in the industry, and, by the way, that's not -- that's not me saying that.  That's some of our customers saying that.  We have about a hundred people across the three companies today.  Over 85 percent of them are engineers, and over a third of them are Ph.D.s and MH -- you know, engineering, and they're spread across our sites.  Santa Barbara is lasers, ASICs in Colorado, receivers in Massachusetts.

[1:47:14] But our platform is also very unique.  We have -- I won't go into the acronyms, and some of these look pretty dangerous materials, but these are pretty special materials.  They're special for generating photons at different wavelengths and for detecting photons at different wavelengths.  So we have a unique set of platforms and capabilities right down to the atomic level that we can control, design, and optimize semiconductor platforms for achieving this full stack of technologies.



[1:47:45] Also, it's a very important part of our model that even though we own the process, we have our own facilities, we control the design of the process, we are also scaling now to ship millions and millions of chips, scaling a new model of state-of-the-art fab partners, packaging partners, test partners across the world.  Now, we don't have a legacy infrastructure to worry about.  We're kind of the barbarians at the gate. We can -- we have a clean sheet of paper to design a brand-new supply chain, and we can control -- the control of the process, the process recipes, specialized manufacturing here, and we can choose world-class, high-volume, best-in-class fabs and foundry partners in the world, and that's key to our economics model as well.

[1:48:31] So as we execute this strategy, what is the broader opportunity, and, again, I stress broader outside of Luminar.  We believe we'll be clearly the market leader in lidar.  So I don't really have to do a lot of work to generate these numbers, and you don't either.  You can go to any one of the photonics companies in the public domain and look at their TAMs,



their SAMs, their market analysis, and the answer is it's rather large across communications, aerospace, precision manufacturing, broader lidar, and 3D vision.

[1:49:07] Emerging sectors, such as optical sensing, quantum computing, quantum sensing, which are very heavy users of photonics, and life sciences -- biosensing, gene sequencing -- these in total are over $50 billion, but that's interesting because it informs the potential runway.  But what we're much more interested in and what I'm more interested in is what's the ground market pull.  What's the bottom-up opportunity?  Who are we working with?  What problems are we solving?  How do we solve them?  How do we turn this into a scalable business?

[1:49:40] So something you may not know, and most people don't know because I guess it's been under the radar or, I guess, under the lidar in this case, we have over 60 current programs at leading customers across the world, and we've shipped over half a million products.  And these products, I can tell you, are going to some of the most demanding, mission-critical applications you can imagine.  So we have a strong



Case 6:23-cv-00982-JSS-LHP    Document 47-4    Filed 12/29/23    Page 11 of 13 PageID 1107

reputation.  People come to us to solve very hard problems, and that's core to what our potential is going forward.

[1:50:15] So what's happening in the industry landscape?  Well, number one, photonics in general and III-V materials is rather immature, but we have the potential and we have the playbook to go and drive that industrialization, drive that scale, drive that economics.  And that's something that's core to our strategy, and we think we have the -- with the ambition, the resources, and the strategy at Luminar, we have a great chance to do that.

[1:50:43] Secondly, many, many new markets and applications are really driven by laser technology.  Many of the examples I shared with you earlier on.  The core of that technology is laser technology, narrow beamwidth, tunable lasers, high-power amplifiers, and they create new markets.  So we're going to use that to create a new beachhead to land on that beachhead and then expand, delivering a full solution of detectors and processors as well.  So that's key to building our stack and building our mode.



[1:51:14] So in summary, I would leave you with this -- the to-do list.  This is our to-do list in the company.  Number one, drive productization, drive scaling, and drive a chip-level roadmap for Luminar.  Number two, build foundations for the company and build beachheads.  Build beachheads, we believe, is a very large opportunity to build a separate company.  So build, disrupt, deliver, and scale:  four small words, one very large impact, we believe, for Luminar and for the industry.  And lastly, I would say, in the words of that great Gen Z song, you know, "We've Only Just Begun," so I think stay tuned.  I think it'll be an interesting journey.  Thank you.

1:51:54 (Applause.)

(End of video recording.)



## CERTIFICATE OF TRANSCRIBER

I, Charlene Williamson, do hereby certify that, to the best of my knowledge and belief, the attached transcript is a true and accurate transcription of the following provided recording:

February 28, 2023 Investor Day Presentation by Mike McAuliffe (CEO of Luminar Semiconductor), https://www.youtube.com/watch?v=-OL-8bML7Sg at 1:41:53 - 1:51:59.

I further certify that I am neither attorney nor counsel for nor related nor employed by any of the parties to the action; further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in this action.

December 20, 2023
DATE

*Charlene Williamson*

Charlene Williamson
TRANSCRIBER