UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOHN ALMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMINAR TECHNOLOGIES, INC., MIKE MCAULIFFE, AUSTIN RUSSELL, and JASON EICHENHOLZ,<br><br>Defendants | Case No. 6:23-cv-00722-PGB-LHP<br><br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT** |

Luminar Technologies Inc., Mike McAuliffe, Austin Russell, and Jason Eichenholz (collectively, "Defendants") respectfully request that the Court take judicial notice of the documents attached as exhibits to the concurrently filed Declaration of John M. Brennan, Jr. in Support of Defendants' Motion to Dismiss Amended Complaint ("Brennan Decl."). The exhibits thereto include documents that are required by law to be filed with the Securities and Exchange Commission ("SEC") and contain information capable of accurate and ready verification. Under federal law, the Court may take judicial notice of these documents on a motion brought pursuant to Federal Rule of Civil Procedure 12(b)(6).

The Court may take judicial notice of facts "not subject to reasonable dispute" in that they are capable of accurate and ready determination by resort to

1

"sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The Court may properly "take judicial notice of relevant SEC filings" when weighing dismissal. *See Thompson v. RelationServe Media, Inc.*, 610 F.3d 628, 631 n.5 (11th Cir. 2010) (citation omitted). Additionally, "documents may be considered at the dismissal stage if they are central to, referenced in, or attached to the complaint." *Hattaway v. Apyx Medical Corporation*, 2023 WL 4030465, at \*6 (M.D. Fla. June 15, 2023) (citing *LaGrasta v. First Union Sec., Inc.*, 358 F.3d 840, 845 (11th Cir. 2004)). The "usual rules for considering 12(b)(6) motions are thus bent to permit consideration of an allegedly fraudulent statement in context." *Harris v. Ivax Corp.*, 182 F.3d 799, 802 n.2 (11th Cir. 1999).

For those reasons, the Court may take judicial notice of the following documents:

1. Luminar Technologies, Inc.'s Form 10-K filed with the Securities Exchange Commission on February 28, 2023. Brennan Decl., Ex. A.

2. Luminar Technologies, Inc.'s February 28, 2023 Investor Day PowerPoint Presentation. Brennan Decl., Ex. B.

3. Luminar Technologies, Inc.'s Letter to the Shareholders, dated March 24, 2023. Brennan Decl., Ex. C.

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of the documents attached to the Declaration of John M. Brennan, Jr. as Exhibits A through C.

Dated: December 29, 2023

*/s/ John M. Brennan, Jr.*
JOHN M. BRENNAN, JR.
Florida Bar No. 0098456
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802-3068
Telephone: 407-843-8880
Fax: 407-244-5690
john.brennan@gray-robinson.com
*Counsel for Defendant Austin Russell*

JAMES N. KRAMER (admitted *pro hac vice*)
California Bar No. 154709
ALEXANDER K. TALARIDES (admitted *pro hac vice*)
California Bar No. 268068
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Fax: 415-773-5759
jkramer@orrick.com
atalarides@orrick.com

*Counsel for Defendants Luminar Technologies, Inc., Mike McAuliffe, Austin Russell, and Jason Eichenholz*

3

## CERTIFICATE OF COMPLIANCE

In compliance with Rule 3.01(g) of the Local Rules of United States District Court, Middle District of Florida, counsel for the Defendants certifies that (1) that they have conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised by this motion, (2) the parties were not able to come to an agreement on the resolution of all or part of the motion and (3) the conference occurred by phone on December 21, 2023.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ John M. Brennan, Jr.*
JOHN M. BRENNAN, JR.