UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISIION

| | |
|---|---|
| JOHN ALMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMINAR TECHNOLOGIES, INC., MIKE MCAULIFFE, AUSTIN RUSSELL, and JASON EICHENHOLZ,<br><br>Defendants. | Case No. 6:23-cv-00982-PGB-LHP |

**JOINT REQUEST FOR ORAL ARGUMENT ON**
**MOTION TO DISMISS AMENDED COMPLAINT [ECF NO. 46]**

Plaintiff John Alms ("Plaintiff"), together with the Defendants Luminar Technologies, Inc., Mike McAuliffe, Austin Russell, and Jason Eichenholz (collectively "Defendants"), by and through undersigned counsel, pursuant to Local Rule. 3.01(h), hereby file this request for oral argument on Defendants' Motion to Dismiss the Amended Complaint [ECF No. 46], and in support state:

1. On May October 30, 2023, the Plaintiff filed the Amended Complaint [ECF No. 37] asserting claims under Sections 10(b) and 20(a) of the 1934 Exchange Act.

2. On December 29, 2023, Defendants filed their Motion to Dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 9(b) [ECF No. 46].

1

3. On February 27, 2024, Plaintiff filed his Response to Response to Defendants' Motion to Dismiss Amended Complaint [ECF No. 49].

4. On March 28, 2024, Defendants filed their Reply In Support of Motion to Dismiss Amended Complaint [ECF No. 52].

5. The Parties respectfully request the opportunity to present oral argument in favor of and in opposition to the Motion to Dismiss the Amended Complaint.

6. The Parties estimate two (2.00) hours will be needed for the hearing.

7. To aid the Court in its scheduling, the parties have conferred and are jointly available for a hearing on July 23-26, 30-31, 2024.

WHEREFORE, the Parties respectfully request the Court to enter an Order scheduling a hearing on the Motion to Dismiss the Amended Complaint for a two (2.00) hour hearing at the Court's earliest convenience.

| | |
|---|---|
| /s/ Jeffrey L. Haberman<br>Jeffrey L. Haberman<br>Florida Bar No. 98522<br>Jonathan R. Gdanski<br>Florida Bar No. 32097<br>**Schlesinger Law Offices, P.A.**<br>1212 Southeast Third Avenue<br>Fort Lauderdale, FL 33316<br>Telephone: 954-467-8800<br>Jonathan@schlesingerlawoffices.com<br>JHaberman@schlesingerlawoffices.com<br><br>-and-<br><br>James M. Wilson, Jr.<br>(*Admitted Pro Hac Vice*)<br>Robert W. Killorin<br>(*Admitted Pro Hac Vice*)<br>**Faruqi & Faruqi, LLP**<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>Telephone: 212-983-9330<br>Facsimile: 212-983-9331<br>jwilson@faruqilaw.com<br>rkillorin@faruqilaw.com<br><br>*Lead Counsel for Lead Plaintiff* | /s/ John M. Brennan, Jr.<br>John M. Brennan, Jr.<br>Florida Bar No. 98456<br>**GrayRobinson, P.A.**<br>301 E. Pine Street, Suite 1400<br>Post Office Box 3068<br>Orlando, Florida 32802-3068<br>Telephone: 407-843-8880<br>Facsimile: 407-244-5690<br>jack.brennan@grayrobinson.com<br><br>-and-<br><br>James N. Kramer<br>(*Admitted Pro Hac Vice*)<br>Alexander K. Talarides<br>(*Admitted Pro Hac Vice*)<br>**Orrick, Herrington & Sutcliffe LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: 415-773-5700<br>Facsimile: 415-773-5759<br>jkramer@orrick.com<br><br>*Counsel for Defendants* |

## CERTIFICATE OF COMPLIANCE

In compliance with Rule 3.01(g) of the Local Rules of United States District Court, Middle District of Florida, counsel for the Defendants certifies that that they have conferred with Plaintiff's counsel in a good faith and the Parties are in agreement as to the requested relief.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ John M. Brennan, Jr.*
JOHN M. BRENNAN, JR.