UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOHN ALMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMINAR TECHNOLOGIES, INC., MIKE MCAULIFFE, AUSTIN RUSSELL, and JASON EICHENHOLZ,<br><br>Defendants | Case No. 6:23-cv-00982-JSS-LHP<br><br>**DECLARATION OF JOHN M. BRENNAN, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |

I, John M. Brennan, Jr., declare as follows:

1.      I am an attorney with the firm GrayRobinson, P.A., and I represent Defendants in this action. I have personal knowledge of the matters contained in this declaration and if called to testify on the matters set forth herein could do so competently.

2.      Attached hereto as Exhibit A is a true and correct copy of a Certified Transcript of the February 28, 2023 Investor Day Presentation by Mike McAuliffe (CEO of Luminar Semiconductor), https://www.youtube.com/watch?v=-OL8bML7Sg at 1:41:53 to 1:51:59, which is incorporated into the Second Amended Complaint ("SAC") at ¶¶ 86, 106.

3.      Attached hereto as Exhibit B is a true and correct copy of a transcript of the Q4 2022 Earnings Call for MicroVision, Inc., which occurred on February 28,

2023, and is incorporated by reference at SAC ¶¶ 2, 9 and n. 2.

4.    Attached hereto as Exhibit C is a true and correct copy of Luminar Technologies, Inc.'s Letter to the Shareholders, dated March 24, 2023, and is incorporated by reference at SAC ¶ 107.

5.    On August 16, 2024, the parties met and conferred on the phone regarding the motion to dismiss, where Defendants expressed their reasons for moving to dismiss and Plaintiff disagreed.

I declare under the penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Dated: August 22, 2024

*/s/ John M. Brennan, Jr.*
JOHN M. BRENNAN, JR.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ John M. Brennan, Jr.*
JOHN M. BRENNAN, JR.