UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISIION

| | |
|---|---|
| JOHN ALMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMINAR TECHNOLOGIES, INC., MIKE MCAULIFFE, AUSTIN RUSSELL, and JASON EICHENHOLZ,<br><br>Defendants | Case No. 6:23-cv-00982-JSS-LHP<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, and Local Rule 3.01(d), Defendants respectfully move for leave to file a reply to Plaintiff's Memorandum of Law in Opposition to the Motion to Dismiss Second Amended Complaint (D.E. 68, the "Opposition" or "Opp."). In support of this motion, Defendants state:

1. On July 8, 2024, Plaintiff filed the Second Amended Complaint (D.E. 58, the "SAC"), asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. On August 22, 2024, Defendants filed a Motion to Dismiss the SAC (D.E. 66, the "Motion to Dismiss"), and on September 12, 2024, Plaintiff filed the Opposition.

1

#61587802 v1

2.      Plaintiff's Opposition raises new factual and legal contentions that are not present in the SAC. Defendants should be permitted to respond to each of them.

3.      First, the Opposition argues for the first time that, because Luminar used a 2019 photo of its PIC chip in its 2023 investor presentation, the Court can infer that "Luminar had not made meaningful progress towards technological feasibility" since 2019, and that the alleged misstatements regarding Luminar's technology were therefore actionably misleading. Opp. at 7-8, 12.

4.      Second, the Opposition argues, again for the first time, that when Luminar updated its investor presentation to include the 2019 photo of its PIC chip, *the age of the photo* "revealed the *true state* of Luminar's PIC, causing the stock to drop." Opp. at 8 (emphasis added).

5.      Third, the Opposition argues, again for the first time, that Defendants' statements about "complexity in cabling" were misleading because the picture of Luminar's PIC "feature[ed] prominent cables that were not in alignment." Opp. at 10.

6.      Fourth, the Opposition asserts, again for the first time, that Luminar Investor Day was "an event necessarily designed to elicit investments" in Luminar, Opp. at 18, and thus establishes "Luminar's need to raise money," *id.* at 19. As Defendants will explain in response, Luminar was a publicly traded company at the time of the investor day, and plainly was not raising capital at that event.

2

#61587802 v1

7.     Finally, the Opposition cites numerous new authorities, many of them from outside jurisdictions, that are inapposite and/or readily distinguishable from the circumstances alleged here. *See* Opp. at 10-11, 14-16, 18. Defendants request leave to file a short reply to briefly respond to these authorities.

8.     "The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Promenades Mall (E&A), LLC v. Allstate Ins. Co.*, 2008 WL 11334927, at *1 (M.D. Fla. 2008). As shown above, Plaintiff's Opposition raises a number of new legal and factual contentions. Defendants respectfully request that the Court exercise its discretion and allow them to file a reply of up to five pages to respond to those new contentions.

Dated: September 17, 2024

*/s/ John M. Brennan, Jr.*
JOHN M. BRENNAN, JR.
Florida Bar No. 0098456
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802-3068
Telephone: 407-843-8880
Fax: 407-244-5690
john.brennan@gray-robinson.com
*Counsel for Defendants*

JAMES N. KRAMER (admitted *pro hac vice*)
California Bar No. 154709
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Fax: 415-773-5759
jkramer@orrick.com
*Counsel for Defendants*

#61587802 v1

## CERTIFICATE OF COMPLIANCE

In compliance with Rule 3.01(g) of the Local Rules of United States District Court, Middle District of Florida, counsel for Defendants certifies that (1) that they have conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised by this motion, (2) the parties were not able to come to an agreement on the resolution of all or part of the motion, and (3) the conference occurred by email on September 17, 2024.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ John M. Brennan, Jr.*

#61587802 v1