**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

|  |  |
|---|---|
| JOHN ALMS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LUMINAR TECHNOLOGIES, INC. and MIKE MCAULIFFE, <br><br> Defendants. | Case No: 6:23-cv-982-JSS-LHP |

**NOTICE OF SUGGESTION OF BANKRUPTCY**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.     On December 15, 2025, Defendant Luminar Technologies, Inc. in the above captioned case (along with certain of its debtor affiliates, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101, et seq.) (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").  A copy of the voluntary Chapter 11 petition is attached hereto as **Exhibit A**.  The Debtors' chapter 11 cases are jointly administered under the lead case captioned *Luminar Technologies, Inc., et al.*, Case No. 25-90807 (CML).  A complete list of the Debtors in the chapter 11 cases and copies of the Debtors' chapter 11 petitions are available on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Luminar.

1

2.    Pursuant to section 362(a) of the Bankruptcy Code (the "**Automatic Stay**"), the filing of the chapter 11 bankruptcy petitions "operates as a stay, applicable to all entities," of, among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate."  11 U.S.C. § 362(a)(1), (3).

3.    Any action against the Debtors without obtaining relief from the Automatic Stay from the Bankruptcy Court is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay.  The Debtors reserve and retain their statutory rights to seek relief in the Bankruptcy Court from any action by Plaintiff or any judgment, order, or ruling entered in violation of the Automatic Stay.

4.    In the event the Court or any parties have questions regarding the Debtors' chapter 11 cases or this notice, please contact bankruptcy counsel for the Debtors:

**WEIL, GOTSHAL & MANGES LLP**
Stephanie N. Morrison
Austin B. Crabtree
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
Email: Stephanie.Morrison@weil.com
            Austin.Crabtree@weil.com

**WEIL, GOTSHAL & MANGES LLP**
Ronit J. Berkovich
Jessica Liou
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email: Ronit.Berkovich@weil.com
            Jessica.Liou@weil.com

Dated: December 19, 2025

*/s/ John M. Brennan, Jr.*
JOHN M. BRENNAN, JR.
Florida Bar No. 0098456
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802-3068
Telephone: 407-843-8880
Fax: 407-244-5690
john.brennan@gray-robinson.com
-  and  -

JAMES N. KRAMER (admitted *pro hac vice*)
California Bar No. 154709
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Fax: 415-773-5759
jkramer@orrick.com
*Counsel for Luminar Technologies, Inc.*

3

## AFFIRMATION OF SERVICE

I, John M. Brennan, Jr., an attorney duly admitted to practice law before the Middle District of Florida, hereby affirm the following to be true under penalty of perjury:

I am over the age of eighteen (18) years, am employed by the law firm of GrayRobinson, P.A., and am not a party to this action.

On the 19th day of December, 2025, I served a copy of the foregoing Notice of Suggestion of Bankruptcy in the above-captioned action using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Dated: December 19, 2025

*/s/John M. Brennan, Jr.*
JOHN M. BRENNAN, JR.
Florida Bar No. 0098456
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802-3068
Telephone: 407-843-8880
Fax: 407-244-5690
john.brennan@gray-robinson.com

- and -

JAMES N. KRAMER (admitted *pro hac vice*)
California Bar No. 154709
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Fax: 415-773-5759
jkramer@orrick.com

*Counsel for Luminar Technologies, Inc.*

5