UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN ALMS,

     Plaintiff,

v.                                                                          Case No: 6:23-cv-982-JSS-LHP

LUMINAR TECHNOLOGIES, INC.
and MIKE MCAULIFFE,

     Defendants.

_____/

## **ORDER**

On December 19, 2025, Defendant Luminar Technologies, Inc., filed a notice of suggestion of bankruptcy. (Dkt. 99.) The notice states that Defendant filed a Chapter 11 petition for bankruptcy. (*Id.*) Accordingly, pursuant to 11 U.S.C. § 362, it is **ORDERED** that all claims against Defendant Luminar Technologies, Inc. are **STAYED**. Defendant Luminar Technologies, Inc. shall file a status report every **90 days** from the date of this order and within **14 days** of the conclusion of the bankruptcy proceeding. On or before January 16, 2026, the parties shall file a joint status report indicating whether this case should be stayed in its entirety or, if not, proposing a new case management schedule.

- 2 -

**ORDERED** in Orlando, Florida, on December 30, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record